UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KURT PONZAR, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:12CV2219 CDP |
| MATTHEW LAYFIELD, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

In the interests of justice and for good cause shown,

**IT IS HEREBY ORDERED** that plaintiffs' motion to amend their complaint [#8] is granted, and plaintiffs' amended complaint [#8-1 and #8-2] is deemed filed as of this date.  **Plaintiffs are reminded of their obligation to serve the newly-joined defendants.**

**IT IS FURTHER ORDERED** that defendants' motion to dismiss [#5] is denied as moot.

*[signature]*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of January, 2013.