UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

KURT PONZAR, et al., )
)
    Plaintiffs, )
)
vs. ) Case No. 4:12CV2219 CDP
)
MATTHEW LAYFIELD, et al., )
)
    Defendants. )

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that plaintiffs shall file their opposition to defendants' motion to dismiss [#13] by **March 13, 2013.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 14th day of February, 2013.