UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KURT PONZAR, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:12 CV 2219 CDP |
| | ) | |
| MATTHEW LAYFIELD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before me on plaintiffs' motion for an extension of time to amend their complaint due to health issues of plaintiff Sandra Ponzar.  The motion was filed by attorney Gregory Futhey, who only represents Sandra Ponzar, purportedly on behalf of both plaintiffs.  Mr. Futhey included an electronic signature for pro se plaintiff Kurt Ponzar.  Mr. Ponzar is not an attorney and cannot file any documents electronically.  Therefore, any documents filed by him must include his actual signature.  I will grant this motion, but plaintiffs are reminded to comply with the federal and local rules of this Court.  Any future documents filed by Mr. Ponzar must include his actual signature or they will not be accepted for filing by this Court.[1]   I will not grant any more extensions of time

---

[1]Of course, this rule no longer applies if  Mr. Ponzar retains counsel to represent him in this matter.

to file an amended complaint, as plaintiffs have already amended their complaint twice before Mrs. Ponzar's accident.  **If plaintiffs do not move for leave to amend or to dismiss their federal claims by December 16, 2013, I will dismiss the federal claims for the reasons stated in my September 16, 2013 Memorandum and Order, and will remand the remaining state law claims back to state court without further notice from this Court.**

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion for an extension of time [#30] is granted, and plaintiffs must file any motions for leave to amend in accordance with my Memorandum and Order dated September 16, 2013 or for dismissal of their federal claims by no later than **December 16, 2013.**  Defendants may file any opposition to amendment by **January 10, 2014**, and plaintiffs may file any reply brief in support of their motion by **January 24, 2014.  As previously stated, no discovery is permitted absent further Order of this Court.**

- 2 -

**IT IS FURTHER ORDERED** that if plaintiffs fail to comply with this Order, **I will dismiss the federal claims for the reasons stated in my September 16, 2013 Memorandum and Order, and will remand the remaining state law claims back to state court without further notice from this Court**.


_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of October, 2013.