UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KURT PONZAR, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:12 CV 2219 CDP |
| MATTHEW LAYFIELD, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff Kurt Ponzar's *pro se* motion for reconsideration of my January 22, 2014 Memorandum and Order of Dismissal and Remand. Because plaintiff's motion makes no new legal or factual arguments that convince me that my prior decision was in error, the motion for reconsideration will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that the motion for reconsideration [#43] is denied.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve a copy of this Memorandum and Order on plaintiffs at their address of record.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 28th day of January, 2014.